MEYER BLUMBERG, Respondent, v. FRANK GIORGIO, JR., Trustee in Bankruptcy, Substituted in Place of NOX REALTY CORPORATION, Appellant, Impleaded with ISIDORE WITKIND and Another, Defendants.— Order denying motion to vacate

and set aside sale on foreclosure affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ., concur.